**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

V.                      **CASE NO. 5:21-CR-50004**

**SERGIO RODRIGUEZ**                                                      **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 37) filed in this case on May 30, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Defendant's Motion for First Step Act Earned Time Credits (Doc. 35) is **DENIED**.

**IT IS SO ORDERED** on this 18th day of June, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE